No. 3004. PADILLA, APPELLANT, *v.* MUNICIPAL ASSEMBLY OF ARROYO, APPELLEE.—District Court of Guayama. Decided June 18, 1923. For the reasons stated in *Rodríguez v. Municipal Assembly of Guánica,* 31 P. R. R. 469, the judgment is affirmed.

No. 2094. PEOPLE, APPELLEE, *v.* MARTÍNEZ, APPELLANT.—District Court of Ponce. Violation of section 553 of the Penal Code. Decided June 25, 1923. The facts proved not constituting the offense charged, the judgment is reversed and the defendant discharged.

No. 3090. GARCÍA ET AL., APPELLANTS, *v.* DÍAZ ET AL., APPELLEES.—District Court of Ponce. Nullity, etc. Decided June 26, 1923. Dismissed on motion of appellee because after the stenographic record was stricken out on December 14, 1922, no other record or statement was filed and the transcript has not been filed in this court.

No. 3051. JORGE, APPELLEE, *v.* CLAUDIO, APPELLANT.—Second District Court of San Juan. Damages. Decided July 9, 1923. Appeal dismissed on motion of the appellee because of appellant's failure to comply with Rule 42 of the Supreme Court.

No. 3099. AGUAYO, APPELLEE, *v.* VÁZQUEZ, APPELLANT.—District Court of Guayama. Decided July 16, 1923. Appeal dismissed on motion of the appellee because of appellant's failure to file a statement of the case or bill of exceptions in time.

No. 3104. GUZMÁN, APPELLEE, *v.* ORELLANA, APPELLANT.—Debt. District Court of Humacao. Decided July 19, 1923. Appeal dismissed on motion of the appellee because of appellant's failure to file in time a statement of the case or transcript of the record.

No. 15. IN RE APONTE, JR., RESPONDENT.—Disbarment. Decided July 24, 1923. Dismissed on motion of the Attorney General exhibiting report of the Special *Fiscal.*